MICHAEL M BARANOV, Esq. (CBN 145137)
GARY WITTENBERG, Esq.  (CBN 133294)
BARANOV & WITTENBERG, LLP
1901 Avenue of the Stars, Suite 1750
Los Angeles, California 90067
Tel:  310.229.3500
Fax:  310.229.3501
gwittenberg@mbgwlaw.com
mbaranov@mbgwlaw.com

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
GARRETT COYLE (California Bar No. 443660)
Assistant United States Attorney
JULIE ZATZ (California Bar No. 155560)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7349
    Fax: (213) 894-7819
    Julie.Zatz@usdoj.gov
    Garrrett.Coyle@usdoj.gov

Attorneys for Defendant United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NANCY SHY,<br><br>    Plaintiff,<br><br>    – v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | No. CV 15-01718  JVS (Ex)<br><br>JUDGMENT AND ORDER<br><br>Trial: May 17, 2016<br><br>Honorable James V. Selna<br>United States District Judge |

1  On May 17 through 19, 2016, a bench trial of this matter was held.  The Court,
2  having reviewed the parties exhibits, all of which were admitted by stipulation, having
3  listened to all of the testimony offered by both sides and having considered the oral and
4  written arguments of counsel,
5  IT IS HEREBY ORDRERED, ADJUDGED AND DECREED that Judgment is
6  hereby entered in favor of Defendant, the United States of America.

10 Dated:  May 27, 2016                    _____
11                                          Honorable James V. Selna
                                            UNITED STATES DISTRICT JUDGE

13 Approved as to form and content.
14 Presented by:

16 EILEEN M. DECKER
   United States Attorney
   DOROTHY A. SCHOUTEN
17 Assistant United States Attorney
   Chief, Civil Division

19 /s/Julie Zatz
   JULIE ZATZ
   Assistant United States Attorney
20 GARRETT COYLE
   Assistant United States Attorney
21 Attorneys for Defendant
   United States of America

23 BARANOV & WITTENBERG, LLP

24 /s/Michael Baranov
   MICHAEL M. BARANOV
25 GARY WITTENBERG
   Attorneys for Plaintiff NANCY SHY,
26 As an individual and successor in
   interest to decedent Kudura Batiste

1